9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Richard J. Israel,* Attorney General, for plaintiff. *Joseph M. Berg,* for defendant.

September 26, 1973.

M. P. No. 73-163. ALFREDO PELLICCIA *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus or, in the alternative, admission to bail, is denied. *Alfredo Pelliccia,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 73-180. JOSEPH BENOIT *v.* JAMES W. MULLEN, *Warden.* Petition for habeas corpus for purpose of admitting petitioner to bail is denied. *Gladstone & Zarlenga, Bernard C. Gladstone, Robert D. MacLean,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 73-188. ELISE F. PANSEY *v.* ROY H. PANSEY. Motion of petitioner to amend order of July 25, 1973 and for counsel fees is denied. *Kenneth J. Macksoud,* for plaintiff-respondent. *Edmond A. DiSandro,* for defendant-petitioner.

M. P. No. 73-218. JOSEPH E. GONSALVES *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file his answer to petition for habeas corpus and to *show cause,* if any, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 73-219. HANNAH PRIMIANO *v.* TOWN COUNCIL OF WARREN. Petition for writ of certiorari denied without prejudice for failure on the part of petitioner to comply with the provisions of Rule 13. *John F. Cuzzone, Jr., Matthew F.*